502 A.2d 1239

**Harvey and Marsha KAZATSKY, h/w, Petitioners,**

**v.**

**KING DAVID MEMORIAL PARK, INC., Respondent.**

Supreme Court of Pennsylvania.

Dec. 30, 1985.

Petition for Allowance of Appeal GRANTED, No. 171 E.D. Appeal Docket 1985.